# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADEGBENGA ADESOKAN, | ) | 1:11-cv-01236 OWW SKO |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING APPLICATION TO |
| v. | ) | PROCEED IN FORMA PAUPERIS |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION, | ) | (Document 2) |
| et.al, | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

By application filed on July 27, 2011, Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted an application that makes the showing required by § 1915 (a).  Accordingly, the request to proceed in forma pauperis IS GRANTED.  28 U.S.C. § 1915 (a).


IT IS SO ORDERED.

**Dated:     July 28, 2011**                         _____/s/ Sheila K. Oberto_____
                                                    UNITED STATES MAGISTRATE JUDGE

1