# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADEGBENGA ADESOKAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. BANK, N.A., et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:11-cv-01236-LJO-SKO<br><br>**ORDER GRANTING PLAINTIFF EXTENSION OF TIME**<br><br>(Docket No. 1) |

On November 17, 2011, Plaintiff filed a request for an extension of time to file an amended complaint. (Doc. 9.) The request for an extension of time is GRANTED, and Plaintiff shall file an amended complaint on or before December 30, 2011. Requests for further extensions of time will be viewed with disfavor.

Along with the Court's order dismissing his complaint, Plaintiff was erroneously served with documents from an unrelated case in which he is not involved. (Doc. 9.) These unrelated documents were served on Plaintiff in error. Plaintiff may disregard these additional unrelated case filings. (Doc. 9, p. 6-30.)

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for an extension of time to file an amended complaint is GRANTED. Plaintiff shall file an amended complaint on or before December 30, 2011.

IT IS SO ORDERED.

**Dated:   November 22, 2011**　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE